**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01431-CR

### CARL LESTER TENNISON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F10-72786-Y

## ORDER

Appellant's Request for Appellate Records and Motion for Leave to File One Original

Copy is **DENIED.**


/s/     KERRY P. FITZGERALD
JUSTICE